IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN A. REYNOLDS, *et al.*, <br>     Plaintiffs, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 25-CV-1403 |
| | : |
| MITCHKEBE BRELIN, <br>     Defendant. | : <br> : |

**ORDER**

AND NOW, this 25th day of April 2025, upon consideration of *pro se* litigant Mitchkebe Brelin's Notice of Removal (ECF No. 2), Motion to Proceed *In Forma Pauperis* (ECF No. 1), and "Petition-Pacer Electronic Filing System" (ECF No. 4), it is **ORDERED** that:

1. This case is **REMANDED** as follows:

   a. Brelin's traffic citation cases are **REMANDED** to the Lancaster County Magisterial District Court, Magisterial District Judge 02-2-06 (Dockets *Commonwealth v. Mitchkebe*, No. MJ-02206-TR-0000449-2024 and *Commonwealth v. Mitchkebe*, No. MJ-02206-TR-0000450-2024), pursuant to 28 U.S.C. § 1447(c) because this Court lacks subject matter jurisdiction.

   b. To the extent that Brelin sought to remove the two other dockets listed in his removal petition that Court has been unable to locate (Dockets MJ-02206TR0000451-2-24 and MJ02206-NT-0000142-2024), those cases are also **REMANDED** to the Lancaster County Magisterial District Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

   c. Brelin's criminal matter (*Commonwealth v. Mitchkebe*, No. MJ-02101-CR-0000025-2025) is **REMANDED** to the Lancaster Court of Common Pleas (Case No. CP-36-CR-0001077-2025).

2. The Motion to Proceed *In Forma Pauperis* (ECF No. 1) and "Petition-Pacer Electronic Filing System" (ECF No. 4), are **DENIED** as **MOOT**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**
